

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GARY WAYNE DANNER,**

    Plaintiff,

v.   Civil Action No. **3:08CV13**

**PIEDMONT REGIONAL JAIL DETAINEE CENTER,**

    Defendant.

### MEMORANDUM OPINION

By Memorandum Order entered on January 14, 2008, the Court conditionally docketed Plaintiff's action. At that time the Court warned Plaintiff that the action would be dismissed if he failed to keep the Court apprised of his current address. On April 15, 2008, the Memorandum Order entered on April 3, 2008, was returned to the Court by the United States Postal Service marked, "Not Here" and "RETURN TO SENDER." Plaintiff's failure to keep the Court apprised of his current address indicates his lack of interest in prosecuting the present action. See Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

The Clerk is DIRECTED to send a copy of the Memorandum Opinion to Plaintiff.

It is so ORDERED.

                                       /s/
                                  Robert E. Payne
                                  Senior United States District Judge

Richmond, Virginia
Date: April 28, 2008